**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

September 9, 2009

Clerk, U.S. Bankruptcy Court

RE: Jeffrey & Kathleen Letterman
    Bankruptcy Case No. 5-05-51340
    Unclaimed Funds For: UMLIC, LLC
                     PO Box 60959
                     Charlotte NC 28260

Dear Clerk:

    Enclosed herewith please find check No.751160 for $2,038.73 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                    Very truly yours,

                                    Carol A. Kreider
                                    Funds Manager