**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

December 2, 2009

Clerk, U.S. Bankruptcy Court

RE: Jeffrey & Kathleen Letterman
    Bankruptcy Case No. 5-05-51340
    Unclaimed Funds For: UMLIC, LLC
                  PO Box 60959
                  Charlotte NC 28260-0959

Dear Clerk:

Enclosed herewith please find check No.759128 for $308.27 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                Very truly yours,

                                Carol A. Kreider
                                Funds Manager

RECEIVED WILKES-BARRE, PA
DEC - 3 2009
Clerk, U.S. Bankruptcy Court