**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA  17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 7, 2010

Clerk, U.S. Bankruptcy Court

RE: Jeffrey & Kathleen Letterman
    Bankruptcy Case No.  5-05-51340
    Unclaimed Funds For: UMLIC, LLC
        PO Box 60959
        Charlotte NC 28260-0959

Dear Clerk:

Enclosed herewith please find check No.7613389 for $78.15 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider
Funds Manager